**Saqib Bashir KHAN; Neelofur Saqib, Petitioners**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 13–2634.

United States Court of Appeals, Eighth Circuit.

Submitted: March 27, 2014.

Filed: April 7, 2014.

1. The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.

James Oliver Hacking, III, Hacking Law Practice, Saint Louis, MO, for Petitioners.

Sara Bergene, Karen Yolanda Drummond, Carl H. McIntyre, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, for Respondent.

Before WOLLMAN, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Pakistani citizens Saqib Bashir Khan and Neelofur Saqib petition for review of an order of the Board of Immigration Appeals (BIA) denying their motion to reconsider an earlier adverse BIA decision. After careful review, we conclude that the BIA did not abuse its discretion in denying petitioners' motion. *See Kipkemboi v. Holder,* 587 F.3d 885, 890 (8th Cir.2009) (standard of review); *Strato v. Ashcroft,* 388 F.3d 651, 655 (8th Cir.2004) (noting that a motion to reconsider must give the tribunal a reason to change its mind and that the BIA does not abuse its discretion by refusing to reconsider arguments it already rejected). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.